# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:11CR70** |
| vs. | ) | |
| | ) | **ORDER** |
| **VICTOR RAMIREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [20].  Pretrial motions were originally due April 25, 2011.  The court finds that the defendant has not shown good cause for further extension of the pretrial motion deadline.

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [20] is denied.

2. A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order.  The objecting party must comply with all requirements of NECrimR 59.2.

**DATED this 28th day of April, 2011.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**