IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        8:11CR70
                              )
         v.                   )
                              )
VICTOR RAMIREZ,               )           ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on the motion for expansion of time to file objections to presentence report and to file motion for downward departure and/or variance (Filing No. 47). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; defendant shall have until October 3, 2011, to file objections to presentence report and to file motion for downward departure.

2) Sentencing in this matter is rescheduled for:

**Thursday, October 13, 2011, at 11 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 3rd day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court